EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Roberto O. Maldonado Nieves | 2016 TSPR 25<br><br>194 DPR ____ |

Número del Caso: TS-8,178

Fecha: 12 de febrero de 2016

Abogado del Peticionario:

      Por derecho propio

Oficina de Inspección de Notarías:

      Lcdo. Manuel Ávila de Jesús
      Director

Materia: Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Roberto O. Maldonado Nieves          TS-8,178

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de febrero de 2016.

Examinada la *Solicitud de Readmisión al Notariado,* presentada por el Lcdo. Roberto O. Maldonado Nieves, se le reinstala a la práctica de la notaría.

Se le apercibe al licenciado Maldonado Nieves que en el futuro debe dar fiel cumplimiento a la Ley Notarial de Puerto Rico, 4 LPRA sec. 2001 *et seq.*, y su Reglamento, 4 LPRA Ap. XXIV.

Se le ordena al Director de la Oficina de Inspección de Notarías hacerle entrega al licenciado Maldonado Nieves de su obra y sello notarial, una vez éste último acredite la vigencia de su fianza notarial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina. El Juez Asociado señor Feliberti Cintrón no interviene.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo, Interina